**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**NIGIL DOWDELL,**                                          **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                                           **NO.  19-11410**

**CULPEPPER & ASSOCIATES**                        **SECTION "E" (4)**
**SECURITY SERVICES, INC.,**
    **Defendant**


**ORDER**

The Court admitted exhibits 1-96, 101A, and 102-106 into evidence at the trial of this action.[1] The Parties have informed the Court that there were no exhibits numbered 66, 77, 80, 81, 85, 86, 87, 89, 91, and 92.

**IT IS ORDERED** that the Court vacates its prior ruling admitting exhibits into evidence at the trial[2] and hereby orders that exhibits 1-65, 67-76, 78, 79, 82-84, 88, 90, 93-96, 101A, and 102-106 are admitted into evidence.


**New Orleans, Louisiana, this 13th day of October, 2020.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 127; R. Doc. 129.
[2] *Id.*