UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NIGIL DOWDELL,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11410** |
| **CULPEPPER & ASSOCIATES**<br>**SECURITY SERVICES, INC.,**<br>    **Defendant** | **SECTION "E" (4)** |

## JUDGMENT

Considering the Findings of Fact and Conclusions of Law issued by the Court on November 17, 2020;[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Nigil Dowdell and against Defendant Culpepper & Associates Security Services, Inc. on Plaintiff's claims for sexual harassment in violation of 42 U.S.C. 2001(e) *et seq.* ("Title VII") and retaliation in violation of Title VII in the amount of $25,000 for emotional distress and loss of enjoyment of life and in the amount of $72,733.73 for backpay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pre-judgment interest is awarded on compensatory damages and back pay from the date of Plaintiff's termination to the date of judgment, calculated using the Federal Reserve Bank's prime rate, and compounded on an annual basis.

---

[1] R. Doc. 136.

1

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that post-judgment interest is awarded from the date of judgment until paid at the rate set forth in 28 U.S.C. § 1961.[2]

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff is awarded reasonable attorneys' fees and expert witness fees in an amount to be determined by the assigned Magistrate Judge.

New Orleans, Louisiana, this 18th day of November, 2020.

                                              **SUSIE MORGAN**
                                  **UNITED STATES DISTRICT JUDGE**

---

[2] 28 U.S.C. § 1961.