UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NIGIL DOWDELL,**<br>       **Plaintiff,** | **DOCKET NO. 2:19-cv-11410-SM-KWR** |
| **v.** | **JUDGE SUSIE MORGAN** |
| **CULPEPPER & ASSOCIATES**<br>**SECURITY SERVICES, INC.,**<br>       **Defendant.** | **MAG JUDGE KAREN WELLS ROBY** |

## MOTION FOR LEAVE TO FILER EXHIBITS TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES (DOCKET NO. 138)

Now into Court comes Plaintiff, Nigil Dowdell, and respectfully moves this Court for leave to file the exhibits to her Motion for Attorneys' fees. When counsel for Plaintiff filed the Motion for attorney's fees on December 8, 2020 at 11:57 p.m., the exhibits got rejected by the CMECF system because they contained electronic signatures. Counsel now printed the exhibits and scanned them in hopes that this will cure the issue.

Respectfully submitted,

 */s/ Amanda Butler*
Amanda J. Butler (T.A.) (LSBA # 31644)
abutler@lawgroup.biz
Susanne Cooper (LSBA #27361)
scooper@lawgroup.biz
700 Camp St., Ste. 405
New Orleans, LA  70130
Telephone: (504) 528-9500
Facsimile: (504) 754-7776
Kevin Vogeltanz (LSBA #32746)
volgeltanz@gmail.com
823 Carroll St Ste A
Mandeville LA, 70448
Phone: (504) 275-5149
Fax: (504) 910-1704
**COUNSEL FOR PLAINTIFF,**
**NIGIL DOWDELL**

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify on the 9th day of December 2020, a copy of the above and foregoing has been served upon counsel for all parties by electronically filing it with the Clerk of Court using the CM/ECF system.

                                                          /s/ *Amanda Butler*
                                                          Amanda Butler