UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NIGIL DOWDELL** | **CIVIL ACTION** |
| **VERSUS** | **NO:    19-11410** |
| **CULPEPPER & ASSOCIATES SECURITY SERVICES, INC.** | **SECTION: "E" (4)** |

## ORDER

On December 8, 2020, Plaintiff Nigil Dowdell filed her **Motion For Attorneys' Fees And Expert Witness Fees (R. Doc. 138)**. On January 19, 2021, Plaintiff sent correspondence notifying the Court her motion to compel is now moot. *See* attached email correspondence.

Accordingly,

**IT IS ORDERED** that the **Plaintiff's Motion For Attorneys' Fees And Expert Witness Fees (R. Doc. 138)** is **DENIED** as **MOOT.**

**IT IS FURTHER ORDERED** that movant Plaintiffs' Employment Lawyers Association (PELA) – South Louisiana's **Motion for Leave to File Amicus Brief of Plaintiffs' Employment Lawyers Association (PELA) – South Louisiana (R. Doc. 140)** in support of Plaintiff's Motion for Attorney's Fees and Expert Witness Fees (R. Doc. 138) is **DENIED** as **MOOT.**

New Orleans, Louisiana, this <u>19th</u> day of January 2021.

_____
**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**



Amanda J. Butler. Esq.
3436 Magazine Street, #8012
New Orleans, LA 70115
504.934.2020
abutler@lawgroup.biz

January 19, 2021

*Via E-mail:  efile-roby@laed.uscourts.gov*
Hon. Karen Wells Roby
Chief Magistrate Judge
500 Poydras Street, Rm B437
New Orleans, Louisiana 70130

    Re:    *Nigil Dowdell v. Culpepper & Associates Security Services, Inc.*
            USDC EDLA No.: 2:19-cv-11410
            Motion for Attorneys Fees

Dear Judge Roby,

We are writing to advise the hearing on Motion for Attorneys' Fees is now moot. This matter has settled.

Sincerely,

*/s/ Amanda Butler*

Amanda Butler, Esq.


cc:    Susan Desmond, Esq.
       Susan.desmond@jacksonlewis.com

       Amanda Goldman, Esq.
       Amanda.goldman@jacksonlewis.com

       Kevin Vogeltanz, Esq.
       vogeltanz@gmail.com

       Andrea Agee, Esq.
       amagee@loyno.edu

       Luz Molina, Esq.
       molina@loyno.edu

       William Most, Esq.
       williammost@gmail.com